UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS J. KLUTHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-CV-745 (JCH) |
| | ) | |
| NATIONAL AUTO WARRANTY | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter is before the Court on Plaintiff Thomas Klutho's Motion for Leave to File Sur-Reply, filed May 7, 2008. (Doc. No. 35). Upon consideration, the Court will deny this request because it seeks to introduce evidence that may not be considered while ruling on a motion for judgment on the pleadings.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Sur-Reply (Doc. No. 35) is **DENIED**.

Dated this 14th day of May, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE